1 | Francis S. Ryu, Esq. SB #176597
2 | Jennifer S. Chang, Esq. SB #282804
**RYU LAW FIRM**
3 | 5900 Wilshire Blvd., Suite 2250
Los Angeles, California 90036
4 | Telephone: (323) 931-5270
Facsimile: (323) 931-5271

5 | Attorneys for Plaintiff
MERITDIAM, INC.

FILED 2014 SEP -9 PM 3:19

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LACV14-7041 ODW (SSx)

| | |
|---|---|
| MERITDIAM, INC., a California corporation, | Case No.: |
| Plaintiff, | **COMPLAINT FOR DAMAGES:** |
| vs. | 1. BREACH OF CONTRACT |
| FACETS FINE JEWELRY, LLC, dba JB HUDSON JEWELERS, a Delaware limited liability company; and DOES 1 through 20, inclusive, | 2. COMMON COUNT |
| | **DEMAND FOR TRIAL BY JURY** |
| Defendant. | |

Plaintiff MERITDIAM, INC. alleges as follows:

## THE PARTIES

1. Plaintiff MERTIDIAM, INC. ("Plaintiff") is a California corporation, duly organized and existing under the laws of the State of California, with its principal place of business located at 550 South Hill Street, Suite 1455, Los Angeles, California, 90013.

2. Plaintiff is informed and believes, and based thereon alleges, that

- 1 -
COMPLAINT

Defendant FACETS FINE JEWELRY, LLC dba JB HUDSON JEWELERS ("Defendant") is a limited liability company duly organized under the laws of the State of Delaware, with its principal place of business located at 901 Nicollet Mall, Minneapolis, Minnesota, 55402.

3. The true names and capacities, whether individual, corporate, associate or otherwise of Defendants DOES 1 through 20, and each of them, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint when the true names and capacities have been ascertained. Plaintiff is informed and believes and, based thereon, alleges, that each such fictitiously named Defendant is responsible in some manner, and therefore, liable to Plaintiff for the acts alleged in this Complaint.

## JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332(a), which provides that district courts have original jurisdiction of all civil actions where the matter in controversy exceeds $75,000, exclusive of interest and costs, and complete diversity of citizenship exists between the parties to the lawsuit.

5. Here, Plaintiff seeks judgment in the principal sum of $104,013.00, exclusive of interest and costs. Thus, the matter in controversy exceeds $75,000. As for diversity, complete diversity exists between Plaintiff and Defendant, as Plaintiff is a California corporation, and Defendant is a Delaware limited liability company with its principal place of business in Minnesota. Therefore, this Court has subject matter jurisdiction.

6. Venue is proper in this Court, as the causes of action alleged in this Complaint arise from a contract specifically providing that the laws of the State of California shall govern, and that the parties to the contract consent to jurisdiction and venue in the State of California.

///

## GENERAL ALLEGATIONS

7. Plaintiff is in the business of selling loose diamonds, and Defendant is in the business of retailing jewelry.

8. On or about August 16, 2013, Plaintiff agreed in a written memorandum to deliver and sell a diamond to Defendant, and Defendant agreed to buy and pay for the diamond delivered by Plaintiff. (A true and correct copy of the written contract executed by Plaintiff and Defendant is attached hereto as "Exhibit A.")

9. Plaintiff fully performed its obligation under the contract by delivering and selling a 2.93 carat round brilliant cut polished loose diamond with a G.I.A. certificate for the sales price of $104,013.00. An invoice was generated by Plaintiff on or around August 22, 2013, and submitted to Defendant. (A true and correct copy of the invoice is attached hereto as "Exhibit B.")

10. The invoice instructed Defendant to wire the sales price into Plaintiff's bank account at Commonwealth Business Bank in Los Angeles, California.

11. Defendant failed to perform its obligation under the contract by failing to pay Plaintiff for the diamond received. As of the date of this Complaint, Defendant has not yet received the sales price due and owing from Defendant.

## FIRST CAUSE OF ACTION
## BREACH OF CONTRACT

12. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 11 as though fully set forth herein.

13. Plaintiff and Defendant entered into a contract on or about August 16, 2013, when Plaintiff agreed in a written memorandum to deliver and sell a diamond to Defendant, and Defendant agreed to buy and pay for the diamond delivered by Plaintiff.

14. Plaintiff fully performed its obligation under the contract by delivering and selling a 2.93 carat round brilliant cut polished loose diamond with a G.I.A.

certificate for the sales price of $104,013.00.

15. Defendant failed to perform its obligation under the contract by failing to pay Plaintiff for the diamond received.

16. As a direct and proximate result of Defendant's breach of contract, Plaintiff has been damaged in an amount not less than $104,013.00.

## SECOND CAUSE OF ACTION
## COMMON COUNT

17. Plaintiff realleges and incorporates by reference the allegations set forth in paragraphs 1 through 16 as though fully set forth herein.

18. Defendant became indebted to Plaintiff in the sum of $104,013.00 for the diamond delivered and sold to Defendant, and for which Defendant promised to pay Plaintiff.

19. $104,013.00 is due and has not been received by Plaintiff despite Plaintiff's demand. In addition, Defendant is indebted for the amount of prejudgment interest at the rate of ten percent (10%) per annum from August 22, 2013 until the principal amount is paid in full.

20. Plaintiff is also entitled to attorney fees pursuant to the contract, in an amount according to proof.

WHEREFORE, Plaintiff prays for judgment as follows:
    A. For the principal sum of $104,013.00, plus interest at the rate of ten percent (10%) per annum from August 2013 until paid in full or the date of entry of judgment;
    B. For costs of suit incurred herein;
    C. For attorney's fees pursuant to the terms of the contract between Plaintiff and Defendant; and

RYU LAW FIRM
5900 Wilshire Blvd., Suite 2250
Los Angeles, CA 90036

D. For such other and further relief as this Court may deem just and proper.

DATED: August 29, 2014

RYU LAW FIRM

_____
FRANCIS S. RYU
Attorneys for Plaintiff
MERITDIAM, INC.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

DATED: August 29, 2014

RYU LAW FIRM

_____
FRANCIS S. RYU
Attorneys for Plaintiff
MERITDIAM, INC.

RYU LAW FIRM
5900 Wilshire Blvd., Suite 2250
Los Angeles, CA 90036

- 5 -
COMPLAINT

# EXHIBIT A

# MERITDIAM / MERITDIAM INC
550. S. Hill St. # 1455
Los Angeles CA 90013
Tel: (213) 617-7221  Fax: (213) 617-7009

Application for Credit ( from above )     Date: 8-16-13

LLC

For the purpose of obtaining merchandise from you on credit, we submit the following information and authorize you to contact the references given.

Firm Name: JB Hudson Jewelers DBA · Hotel Fine Jewelry

Tel: 612-358-5950     Fax: _____
Address: _____
Proprietorship: ____ Partnership: ____ Corporation: ____ Others: ____
Year Established: 1865    At Present Location Since: 2008
Tax ID: 41-1776941
Name of Bank: Wells Fargo
Bank Officer: Trynne Hieb
Address of Bank: 911 S. 7th St. 11th Floor Minneapolis MN 55479

Credit References:
Name: SAI Aclo - Moshi     Tel: 212-421-8032 Fax: ____
Address: 589 5th Ave. Suite 807
Name: Waldman D.a Co     Tel: 212 921-XXX Fax: ____
Address: NY NY
Name: Hasenfeld-Stein - Shia BAUM   Tel: 223-3325 Fax: ____
Address: NY NY

It is understood and agreed that payment received beyond terms stated on our invoice will be subject to late penalty charges. As a further inducement to extend credit, I/We agree that in the event suit is brought on any obligation hereafter owed by me/us to you that I/We pay 1) Reasonable attorney's fees and necessary collection costs incurred by you in collection costs incurred by you in collecting the said obligation 2) Collection agency costs or collections costs even if suit is not instituted, the applicant agrees that the laws of the state of California shall be applicable to all suits and/or claims arising under any dispute between the undersigned and Meritdiam / Meritdiam Inc. in event of litigation, venue shall be in the courts located in the city of Los Angeles.

I hereby personally guarantee the obligation of the above applicant, I further agree that the personal guarantee will not affected by any bankruptcy or in solvency proceeding.

Authorized by: Patrick Nelson
Signed: Patrick Nelson
Title: Diamond Buyer
Owner's Home Address: Edina, MN

Address: 901 Nicollet Mall
Minneapolis MN 55402

# EXHIBIT B

# MERITDIAM INC

550. South Hill Street Suite 1455
Los-Angeles, California 90013
Tel : (213)687-7221
Fax : (213)687-7009
E-Mail : meritdiam@gmail.com

# INVOICE

Invoice # :

INVOICE TO
Facets Fine Jewelry LLC (dba :JB Hudson Jewlers)
901 Nicollet Mall
Minneapolis MN 55402
Patrick Nelson
Tel : (612)338-5950
Fax :

SHIP TO
Same

Attn :
Tel :
Fax :

| Invoice # | Issue Date | Sales Person | Ship Via | Terms |
|---|---|---|---|---|
| | 22-Aug-13 | | | Cash ( Bill after memo) |

| ITEM # | QTY | DESCRIPTION | PRICE per CT | TOTAL PRICE |
|---|---|---|---|---|
| RBC | 2.93 CT | E-VVS2 with G.I.A cert ( Polished loose diamond) | | $104,013.00 |

Sub Total :
Discount :
Shipping :
Sales Tax :
Invoice Total :        $104.013.00

Message :
Customer Signature  : _____

"The diamonds herein invoiced have been purchased from legitimates sources not involved in funging conflict in compliance with U.N Resolutions. The seller hereby guarantees that these diamonds are conflict free, based on personal knowledge and/or written guarantees provided by the supplier of these diamonds"

Bank Account Informations :
Name : Commonwealth Business Bank ( A.B.A # : 122043864, Swift Code : CWBBUS6L )
Address :        3435 Wilshire Blvd Suite 700 Los-Angeles, California 90010
Account No: 510-400450

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
MERITDIAM, INC.

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
FACETS FINE JEWELRY, LLC dba JB HUDSON JEWELERS

**(b)** County of Residence of First Listed Plaintiff: Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Hennepin
(IN U.S. PLAINTIFF CASES ONLY)

**(c)** Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.
Francis S. Ryu (SBN 176597)
RYU LAW FIRM
5900 Wilshire Blvd., Suite 2250, Los Angeles, CA 90036
(323) 931-5270

Attorneys (Firm Name, Address and Telephone Number) If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No  ☒ **MONEY DEMANDED IN COMPLAINT:** $ 104,013 + interest

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
(1) Breach of contract; (2) Common Count.

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS** | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☒ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpratice | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number: LACV14-7041

CV-71 (06/14)      CIVIL COVER SHEET      Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court?<br>☐ Yes ☒ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action?<br>☐ Yes ☒ No<br><br>If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br><br>☐ NO. Continue to Question B.2. |
|---|---|---|
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action?<br>☐ Yes ☒ No<br><br>If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there.<br><br>☐ NO. Continue to Question C.2. |
|---|---|---|
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br>*check one of the boxes to the right* → | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there.<br><br>☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A?<br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION.<br>Enter "Southern" in response to Question E, below, and continue from there.<br>If "no," go to question D2 to the right. → | D.2. Is there at least one answer in Column B?<br>☐ Yes ☒ No<br><br>If "yes," your case will initially be assigned to the<br>EASTERN DIVISION.<br>Enter "Eastern" in response to Question E, below.<br>If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ↓ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: → | WESTERN |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

CV-71 (06/14)        CIVIL COVER SHEET        Page 2 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?** ☐ NO ☒ YES

If yes, list case number(s): 2:14-cv-00422-MWF-CW

**IX(b). RELATED CASES:** Is this case related (as defined below) to any cases previously filed **in this court?** ☐ NO ☒ YES

If yes, list case number(s): 2:14-cv-00422-MWF-CW

Civil cases are related when they:

☒ A. Arise from the same or closely related transactions, happening, or event;

☒ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☒ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Check all boxes that apply. That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):** _____ DATE: August __, 2014

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
| --- | --- | --- |
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |