Gregory S. Kim, SBN 186224
Law Offices of Gregory S. Kim
3440 Wilshire Blvd., Suite 850
Los Angeles, CA 90010
Telephone: 213-386-7566
Facsimile: 213-386-7563
Email: gkimlaw@yahoo.com
Email: fjkim77@gmail.com

Attorneys for Plaintiff
MERITDIAM, INC.

# UNITED STATES DISTRICT COURTFORNIA

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERITDIAM, INC., a California corporation,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FACETS FINE JEWELRY, LLC, dba JB HUDSON JEWELERS, a Delaware limited liability company; and DOES 1 through 20,<br><br>　　　　　Defendants. | Case No.: CV 14-7041-MWF (CWx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Final Pretrial Conf.: July 20, 2015<br>Trial: August 11, 2015 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the parties to this action have reached a settlement of the above-captioned case. A formal settlement agreement will be circulated between the parties for review and approval. The parties anticipate filing a Notice of Dismissal within thirty (30) days of today's date with each party paying its own attorneys' fees and costs. So owing, Plaintiff respectfully requests

that the current dates and deadlines be vacated so that the parties can finalize the performance of the terms of the agreement and file the dismissal.

                                                  Respectfully submitted,

June 24 2015                                  Law Offices of Gregory S. Kim

                                                  _____//s//_____
                                                  Gregory S. Kim
                                                  Attorney for Plaintiff
                                                  MERITDIAM, INC.