JS-6

## EXHIBIT A

LAW OFFICES OF GREGORY S. KIM
Gregory S. Kim (CA Bar No. 186224)
  gkimlaw@yahoo.com
3440 Wilshire Blvd., Suite 850
Los Angeles, CA 90010
Telephone: (213) 386-7566
Facsimile: (213) 386-7563
*Attorneys for Plaintiff Meritdiam, Inc.*

BRIGGS AND MORGAN, P.A.
Andrew M. Carlson (admitted pro hac vice)
  acarlson@briggs.com
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
Telephone:  (612) 977-8400
Facsimile:  (612) 977-8650

BROWN WEGNER MCNAMARA LLP
Matthew K. Wegner (CA Bar No. 223062)
  mwegner@bwmllp.com
2603 Main Street, Suite 1050
Irvine, California 92614
Telephone: (949) 705-0083
Facsimile: (949) 794-4099
*Attorneys for Defendant Facets Fine Jewelry,*
*LLC, dba JB Hudson Jewelers*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERITDIAM, INC.,<br>a California corporation,<br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FACETS FINE JEWELRY, LLC,<br>dba JB HUDSON JEWELERS, a<br>Delaware limited liability company;<br>and DOES 1 through 20,<br>　　　　　　Defendants. | Case No. CV 14-7041-MWF (CWx)<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE**<br><br>**Before the Hon. Michael Fitzgerald**<br><br>**Trial Date:**　　　**August 11, 2015** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

through their respective legal counsel, that the parties have reached a settlement in the above-

captioned action, and that pursuant to Fed. R. Civ. P. 41(a)(2), all parties' claims against all other

664239v1

parties shall be, and hereby are, dismissed with prejudice with each side to bear its own costs and attorney's fees.

LAW OFFICES OF GREGORY S. KIM

Date: 7/2/ , 2015

By: _____
    Gregory S. Kim
    *Attorneys for Plaintiff*

BRIGGS AND MORGAN, P.A.

Date: July 16 , 2015

By: _____
    Andrew M. Carlson
    *Attorneys for Defendant*

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES DISTRICT JUDGE

664239v1